# EXHIBIT B

# Activities Export

05/30/2023
12:11 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/25/2023 | 🕐 | Email opp. counsel r.e. settlement<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/18/2023 | 🕐 | Research case law, attn. to uncompensated travel time<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 2.25h | $350.00 | - | $787.50 |
| 05/18/2023 | 🕐 | Attend virtual mediation<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 5.50h | $350.00 | - | $1,925.00 |
| 05/15/2023 | 🕐 | Email opp. counsel settlement demand<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/15/2023 | 🕐 | Research case law, attn. to uncompensated expenses<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 2.25h | $350.00 | - | $787.50 |
| 05/15/2023 | 🕐 | Draft ex parte mediation statement<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 3.75h | $350.00 | - | $1,312.50 |
| 05/15/2023 | 🕐 | Email opp. counsel ex parte mediation statement<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/15/2023 | 🕐 | Email mediator ex parte mediation statement<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/15/2023 | 🕐 | Draft ex parte mediation statement<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 4.75h | $350.00 | - | $1,662.50 |
| | | | | | | | **$0.00**<br>0.00h | **$12,331.50**<br>34.10h |

# Activities Export

05/30/2023
12:11 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 05/10/2023 | 🕒 | Draft responses & objections to Defendant's discovery requests<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| 05/10/2023 | 🕒 | Phone call with opp. counsel, Attn. to settlement<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 0.25h | $350.00 | - | $87.50 |
| 05/10/2023 | 🕒 | In-office meeting with client<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| 05/10/2023 | 🕒 | Preparing discovery documents and disclosing to op. counsel.<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Alexis Abrego | 0.50h | $50.00 | - | $25.00 |
| 05/10/2023 | 🕒 | Attend in-person client meeting<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 0.50h | $350.00 | - | $175.00 |
| 05/10/2023 | 🕒 | Phone call with client re: Case settlement.<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Alexis Abrego | 0.10h | $50.00 | - | $5.00 |
| 05/10/2023 | 🕒 | Email paralegal r.e. Responses & Objections to Discovery Requests<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 0.10h | $350.00 | - | $35.00 |
| 05/10/2023 | 🕒 | Draft Responses & Objections to Discovery Requests<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 1.50h | $350.00 | - | $525.00 |
| 04/12/2023 | 🕒 | Organize, review client's supplemental document production<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| | | | | | | | $0.00<br>0.00h | $12,331.50<br>34.10h |

# Activities Export

05/30/2023
12:11 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 12/19/2022 | 🕐 | In-office meeting with client<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| 11/18/2022 | 🕐 | Organize, review client's document production<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| 11/11/2022 | 🕐 | Organize, review Defendant's document production<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 1.75h | $350.00 | - | $612.50 |
| 09/07/2022 | $ | Process Server Invoice<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Alexis Abrego | 1.00 | $174.50 | - | $174.50 |
| 08/13/2022 | $ | Filing Fee<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Alexis Abrego | 1.00 | $402.00 | - | $402.00 |
| 08/09/2022 | 🕐 | Research Defendant, attn. to service<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 0.75h | $350.00 | - | $262.50 |
| 08/09/2022 | 🕐 | Draft Summons & Complaint<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 2.25h | $350.00 | - | $787.50 |
| 07/28/2022 | 🕐 | Conduct client intake<br>● Unbilled | 00598-Curry<br>Curry v. Alto Pharmacy LLC [22-cv-06902] | Jason Mizrahi | 1.25h | $350.00 | - | $437.50 |
| | | | | | | | **$0.00**<br>0.00h | **$12,331.50**<br>34.10h |