# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

July 12, 2023

**Via ECF**
The Honorable Lewis J. Liman, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> The Court finds that the form on which the settlement payments to Plaintiff are to be reported to the IRS does not affect the Court's conclusion at the *Cheeks* hearing held on July 7, 2023 that the settlement is fair and reasonable or the Court's approval of Plaintiff's counsel's request for attorneys' fees and costs. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015).

Re:    *Curry v. Alto Pharmacy LLC*
       **Case No.: 22-cv-06902 (LJL)**

SO ORDERED.
LEWIS J. LIMAN
United States District Judge
7/13/2023

Dear Honorable District Judge Liman:

This law firm represents Plaintiff Latosha Curry (the "Plaintiff") in the above-referenced action.

Pursuant to Your Honor's Individual Motion Practice Rule I(B), this letter respectfully serves to advise the Court of an inadvertent filing error in the above-referenced action.

On June 23, 2023, Plaintiff filed a letter motion *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015), seeking approval of an enclosed settlement agreement, which provides for a total settlement amount of $40,000.00. [*See* Dckt. No. 19].

On July 7, 2023, the Court held a telephonic conference and approved Plaintiff's *Cheeks* motion. [*See* Dckt. 07/07/2023 Minute Entry].

Following the Court's entry of a stipulation and order of final dismissal [Dckt. No. 23], counsel for the parties learned that the Settlement Agreement accompanying Plaintiff's *Cheeks* motion on June 23, 2023 [Dckt. No. 19-1], was not the actual, final draft, executed by the parties.

Enclosed herein as Exhibit "A", please find a copy of the actual, final settlement agreement, executed by both parties.

The enclosed settlement agreement contains the same material terms as the settlement agreement previously submitted on June 23, 2023 [at Dckt. No. 19-1], with the following caveat:

> Under the terms of the enclosed settlement agreement, all of the payments to-be-made to Plaintiff are to be reported on an IRS Form 1099-MISC.[1]

[*See* Ex. A at ¶ 1(a)].

---

[1] Under the terms of the settlement agreement previously submitted on June 23, 2023 [at Dckt. No. 19-1], the payments were to be reported, and split, on an IRS Form W-2 and an IRS Form 1099-Misc.

1

    Although no relief is being sought in connection with the instant filing, Plaintiff, out of an abundance of caution, wishes to inform the Court of the terms of the actual, final settlement agreement, and wishes to have it publicly filed.

    We thank the Court for its time and consideration of this matter.

                                            Respectfully submitted,

                                  LEVIN-EPSTEIN & ASSOCIATES, P.C.

                            By:  */s/ Jason Mizrahi*
                                  Jason Mizrahi, Esq.
                                  60 East 42nd Street, Suite 4700
                                  New York, NY 10165
                                  Tel. No.: (212) 792-0048
                                  Email: Jason@levinepstein.com
                                  *Attorneys for Plaintiff*